UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INGRID WRIGHT,

    Plaintiff,

v.                                                    CASE NO. 8:12-cv-1784-T-23TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

    Ingrid Wright requests (Doc. 1) review of a decision by the Commissioner of Social Security. The parties agree that the Social Security Administration overpaid Wright $11,516.40. The overpayment resulted from the Social Security Administration's failure to adjust Wright's payments to account for earned income.

    Under 42 U.S.C. § 404(b), the Social Security Administration may not recover an overpayment from a person who is "without fault" if recovery of the overpayment "defeats the purpose of [Title II of the Social Security Act] or contravenes "equity and good conscience." The Commissioner finds (Doc. 26 at 18–21) Wright "at fault in causing the overpayment" and therefore requires Wright to repay the Social Security Administration. Wright argues that the Commissioner's decision is not supported by substantial evidence.

A report and recommendation (Doc. 34) finds that the Commissioner's decision is not supported by substantial evidence. No objection appears, and the report and recommendation (Doc. 34) is **ADOPTED**. The Commissioner's decision is **REVERSED** and the action is **REMANDED** to the Commissioner for further proceedings consistent with this order. The clerk is directed (1) to enter a judgment for Ingrid Wright and against the Commissioner and (2) to close the case.

ORDERED in Tampa, Florida, on September 23, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE